United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:21-CR-1772-23 |
| | § | |
| MELISSA ANNE GARZA | § | |

### ORDER

Came on to be considered Defendant Melissa Anne Garza's Motion Requesting Permission to Travel [Dkt. No. 544], and the Court having considered the same finds that said Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion Requesting Permission to Travel is granted, and that the Defendant is herein allowed to travel to San Antonio, Texas, from February 10, 2023, through February 12, 2023.

SO ORDERED February 9, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge